AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 5 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

for the *Northern District of Georgia*

*Ivory Oliver Rucker III*

_____
Petitioner

v.

*Capt James D. Wicker*
*Capitol Police*
*180 Central Ave SW, Atl GA 30303*

_____
Respondent

*(name of warden or authorized person having custody of petitioner)*

Case No. **1:20-CV-3246**
*(Supplied by Clerk of Court)*

)
)
)
)
)
)
)
)
)
)
)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.    (a) Your full name: *Ivory Oliver Rucker III*
      (b) Other names you have used: *none*

2.    Place of confinement:
      (a) Name of institution: *Georgia Regional Hospital*
      (b) Address: *3073 Panthersville Rd, Bldg 9*
                   *Atlanta  GA  30034*
      (c) Your identification number: *Capitol Police Booking 1808655*

3.    Are you currently being held on orders by:
      ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.    Are you currently:
      ☑ A pretrial detainee (waiting for trial on criminal charges)
      ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you: _____

          (b) Docket number of criminal case: _____
          (c) Date of sentencing: _____
      ☐ Being held on an immigration charge
      ☐ Other *(explain)*: _____

      _____
      _____

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:
      ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
        revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings    *I believe there are 2 cases.*
☑ Other *(explain):*  *Fraud & Misconduct by Court - In my opinion the evidence & court records may be fraudulent. Fulton Case 18SC159232*

6.   Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  *Judge Cox, Fulton Superior Court, 136 Pryor St, SW, Ste C-155, Atl GA 30303*

(b) Docket number, case number, or opinion number:  *(jacto) Booking 18086655 4/30/18*

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*  *Pretrial Hearing / Due Process*

(d) Date of the decision or action:  *not sure after 4/30/18*

**Your Earlier Challenges of the Decision or Action**

7.   **First appeal**
     Did you appeal the decision, file a grievance, or seek an administrative remedy?
     ❏ Yes          ☑ No
     (a) If "Yes," provide:
          (1) Name of the authority, agency, or court: _____

          (2) Date of filing: _____
          (3) Docket number, case number, or opinion number: _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised: _____

     (b) If you answered "No," explain why you did not appeal:  *Ivory was not allowed to make vital decisions concerning his case.*

8.   **Second appeal**
     After the first appeal, did you file a second appeal to a higher authority, agency, or court?
     ❏ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *Ivory was not allowed to make vital decisions concerning his case.*

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: *Ivory was not allowed to make vital decisions concerning his case.*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes     ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
      seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
      sentence?
      ☐ Yes            ☑ No
      If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
      conviction or sentence: that the criminal charges are in bad faith without realistic hope of winning a conviction. Fraud & Misconduct hinder Ivory from challenging conviction or sentences.

11.   **Appeals of immigration proceedings**
      Does this case concern immigration proceedings?
      ☐ Yes            ☑ No
      If "Yes," provide:
(a)   Date you were taken into immigration custody:
(b)   Date of the removal or reinstatement order:
(c)   Did you file an appeal with the Board of Immigration Appeals?
      ☐ Yes            ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

_____

_____

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Fraud & Misconduct by the Court

(a)  Supporting facts (Be brief. Do not cite cases or law.): Criminal accusations charges are in bad faith by Atny Darshun Kendrick - 3rd time she accused. Ivory's court appointed Guardian, Angela Rucker, has been intentionally left out of the court process, and given Case # 18SC-159-232 as discovery. I do not believe this is the correct case number.

(b)  Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:** Pretrial Detention

(a)  Supporting facts (Be brief. Do not cite cases or law.):
Ineffective Council on behalf of Ivory - Did they challenge Incompetence Plea? Did they have signature for waving arraignment 2) Ivory didn't get copy of accusation or indictment 3) Ivory was not allowed to confront his accuser.

(b)  Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND THREE:** Impartial Tribunal

(a)  Supporting facts (Be brief. Do not cite cases or law.):
Judge Cox was the Presiding Judge on Case # 18MAGC-02121 dated 4/11/18

(b)  Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** *Notice of Hearings*

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

*Ivory hasnt received timely dated Notices of hearing.*

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes          ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: *No*

**Request for Relief**

15.   State exactly what you want the court to do: *Please set aside judgment for fraud on the court, & violations of Pre-trial Detention*

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

*not applicable*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  _8/5/20_ 

_Angela Rucke_
_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

EFILED   NE
Date: 10/5/2018 11:11 AM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA, | : |
| | : |
| vs. | : Indictment #:      **18-SC-159232** |
| | : Judge:  Hon. Thomas A. Cox, Jr. |
| IVORY RUCKER, | : |
| Defendant. | : |

## JUDGMENT AND ORDER REGARDING PLEA OF INCOMPETENCE TO STAND TRIAL

At the request of defense counsel, and for good cause shown, this Court ordered Defendant to undergo an evaluation of his mental competency to stand trial.

After hearing evidence and argument, Counsel for Defendant has presented to the Court sufficient psychiatric evidence to show that Defendant is incapable of understanding the nature of the charges against him, nor of understanding the object of the proceedings against him, and is incapable of rendering his attorney the proper assistance in his defense.  The Court thus finds Defendant incompetent to stand trial.

After due consideration of the medical evidence and the presented psychiatric report, **IT IS HEREBY ORDERED** that Defendant be remanded to the Georgia Department of Behavioral Health and Developmental Disabilities for placement in a facility for the mentally ill for a period of not more than ninety (90) days, during which time Defendant shall be evaluated and a diagnosis made as to whether there is a substantial probability that Defendant will attain mental competence to stand trial in the above case at some time in the future.

The Court reserves the determination of whether O.C.G.A. §17-7-130(e)(2) is applicable in this case.  Likewise, the Court makes no determination as to whether this Court or the probate court would decide the issue of civil commitment should such a determination become

necessary. The Court will rule on these issues as they arise following the ninety (90) day evaluation period by the Georgia Department of Behavioral Health and Developmental Disabilities.

**IT IS FURTHER ORDERED** that the Georgia Department of Behavioral Health and Developmental Disabilities shall report their findings and the reasons therefore to this Court.

**IT IS FURTHER ORDERED** that the Sheriff of Fulton County shall transport and deliver Defendant to a State hospital for the mentally ill to be selected by the Georgia Department of Behavioral Health and Developmental Disabilities, along with two (2) copies of this ORDER.

**IT IS FURTHER ORDERED** that Defendant be confined and treatment rendered in accordance with O.C.G.A. §17-7-130.

SO ORDERED, this the _____4th_____ day of _____October_____, 2018.


_____
HON. THOMAS A. COX, JR.
JUDGE, SUPERIOR COURT
ATLANTA JUDICIAL CIRCUIT


Order prepared by:


__/s/ Andrew B. Margolis__
Andrew B. Margolis
Assistant District Attorney
Atlanta Judicial Circuit
State Bar #: 470640
andrew.margolis@fultoncountyga.gov

GEORGIA DEPARTMENT OF PUBLIC SAFETY
EAST CONFEDERATE AVENUE
ATLANTA, GA

# DPS INCIDENT REPORT

| Report Number | Report Date / Time | Reporting Agency |
|---|---|---|
| 1100234616-01 | 04/18/2018 02:01 PM | GEORGIA DEPARTMENT OF PUBLIC SAFETY |

| Agency Case Number | Agency CAD Number | Range of Occurrence Date/Time |
|---|---|---|
| 18040127 | GCP18CAD037591 | 04/17/2018 09:35 PM to 04/18/2018 01:42 PM |

## INCIDENT TYPE(S)

OTHER

## INCIDENT LOCATION

| County | Location | Latitude | Longitude |
|---|---|---|---|
| FULTON | CLOB BLDG | N 33 45 0.69 | W 84 23 25.39 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 18 CAPITOL SQUARE  RM 409 | ATLANTA | GA | 30334 |

### INVESTIGATIVE TIMES (IN HOURS)

| ON BOAT | ON LAND | IN AIR | ADMINISTRATIVE | TOTAL | VEHICLE MILES | BOAT ENGINE HOURS | AIRCRAFT ENGINE HOURS |
|---|---|---|---|---|---|---|---|
| : | : | : | : | : | | | |

## PERSON: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes | Marital Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IVORY | | RUCKER | | | | | U | | | | | |

| Master Name Index Number | Custodial Status | Driver's License or Other ID | State | Class or Type | Expires |
|---|---|---|---|---|---|
| GSP18MNI252790 | | | | | |

| Address | Address (Other) | City | State | Zip Code | Phone | Phone (Other) |
|---|---|---|---|---|---|---|
| | | | | | | |

| Vehicle on Report Associated with Person | Person's Role in Vehicle |
|---|---|
| | |

## ARREST INFORMATION

| County of Arrest | Location Description |
|---|---|
| | |

| Arrest Delivered To (Jail / Booking Facility) |
|---|
| |

| Arresting Officer | Rank | Badge / ID Number | Unit / Assignment |
|---|---|---|---|
| WALKER, J. | OFFICER | 1815 | GCPICAPITOL POLICE |

## PERSON: COMPLAINANT

| First Name | Middle Name | Last Name | Suffix | Date of Birth | Age | Race | Sex | Height | Weight | Hair | Eyes | Marital Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAR'SHUN | | KENDRICK | | | | B | | | | | | |

| Master Name Index Number | Custodial Status | Driver's License or Other ID | State | Class or Type | Expires |
|---|---|---|---|---|---|
| GSP18MNI252791 | | | | | |

| Address | Address (Other) | City | State | Zip Code | Phone | Phone (Other) |
|---|---|---|---|---|---|---|
| 18 CAPITOL SQUARE | RM 409 | ATLANTA | GA | 30334 | | |

| Vehicle on Report Associated with Person | Person's Role in Vehicle |
|---|---|
| | |

## NARRATIVE

On April 17, 2018, a subject by the name of Ivory Rucker placed approximately 14 phone calls to Representative Dar'shun Kendrick's telephone located at 18 Capitol Square, Atlanta, Georgia 30334 in room 409 between the hours of 9:35 P.M. and 12:15 A.M.

On April 18, 2018, Ivory Rucker placed approximately 5 more phone calls to Rep. Kendrick's telephone at approximately 1 P.M.

On April 18, 2018 at approximately 1:19 P.M., I was contacted by Sergeant Powell 1808 to make contact with Rep. Kendrick's secretary Josephine Lamar. Upon my arrival, Josephine advised me of the phone calls that were made by Ivory Rucker. During my investigation, Ivory Rucker placed another phone call at approximately 1:42 P.M.

## REPORTING OFFICER / SUPERVISOR APPROVAL

| Reporting Officer | | | Approving Supervisor | | |
|---|---|---|---|---|---|
| ID Number | Rank | Name | ID Number | Rank | Name |
| 1815 | OFFICER | WALKER, J. | 1834 | OFFICER | POWELL, COLIN C |
| Signature | | | Signature | | |
| *J. Walker* | | | *C. Powell* | | |

OFFICIAL COPY

Page 1 of 1

CIVIL ACTION FILE NO. _BP 04163-9_

**Please note:** This form has been provided by the Georgia Legal Services Program and can be used to petition for a Temporary Stalking Protective Order.  This petition has not been adopted by the Council of Superior Court Judges as an official state form.

Pursuant to O.C.G.A. § 19-13-3,
Petitioner assisted by
Name: _Dar'shun Kundrick_
Address: _708 Stonebridge Cres._
_Lithonia, GA 30058_
Phone: _(404) 697-8006_

4

## COUNT 3 of 3

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **IVORY OLIVER RUCKER, III** with the offense of **AGGRAVATED STALKING O.C.G.A. §16-5-91**, for the said accused, in the County of Fulton and State of Georgia, on the **26th day of April, 2018, did unlawfully, at a place other than the residence of the accused, contact Dar'shun Kendrick, without the consent of said Dar'shun Kendrick, for the purpose of harassing and intimidating said Dar'shun Kendrick, in violation of a court order which prohibited such behavior by accused** -contrary to the laws of said State, the good order, peace and dignity thereof.

**PAUL L. HOWARD, JR., District Attorney**

Related Clerk No: 18CP175262

Complaint #:

| Defendant | DA # | Booking | Race | Sex | Birthdate | OTN | Agency |
|---|---|---|---|---|---|---|---|
| RUCKER, IVORY OLIVER, III | 18DA04305 | 1808655 | Black | Male | 01/11/1966 | 88412829820 | |

## WITNESS LIST

Dar'shun N Kendrick
708 Stonebridge CRES
Lithonia GA 30058-8265

THE SUPERIOR COURT FOR THE COUNTY OF ___DEKALB___

STATE OF GEORGIA

Darshun Kendrick,
Petitioner,

v.

Ivory Rucker,
Respondent.

: Civil Action File
:
: No. 18PO4163-9
:
:
:
:

## PETITION FOR STALKING TEMPORARY PROTECTIVE ORDER

The Petitioner, pursuant to O.C.G.A. § 16-5-94, hereby files this Petition for a Stalking Temporary Protective Order and in support shows the Court the following:

1. The Petitioner is a resident of __DeKalb__ County, Georgia and is over the age of 18 years of age or is an emancipated minor. Petitioner's year of birth is ▮▮▮▮▮▮▮▮▮, sex __M/F__, and race __Black__.

2. The Respondent is a resident of __DeKalb__, Georgia, and may be served at __878 Churchill Ct. Stn. Mtn., DeKalb__ County, Georgia.

**OR**

2.1 Respondent is a resident of the State of __Georgia__. Under O.C.G.A. §§19-13-2(b) and 16-5-94(b) jurisdiction and venue are proper with this Court because the stalking occurred in the State of Georgia in __DeKalb__ County and/or Petitioner lives in __DeKalb__ County. Respondent is subject to the jurisdiction of this Court and may be served at __878 Churchill St. Ct. St. Mtn. GA__

3. On or about __Spring__, 20_10_ the Respondent has knowingly and willfully committed the following acts of stalking under O.C.G.A. §§ 16-5-90 et seq. In the spring of 2010, Ivory Rucker started calling me repeatedly on my home phone but stopped. In Feb. of 2017, he stopped started calling my cell and office multiple times & a warrant was issued from capitol police and similar events may occur in the future. These acts had no legitimate purposes, happened at places other than the residence of the Respondent, were without the consent of the Petitioner, and placed Petitioner in reasonable fear for her/his own safety and/or the safety of her/his immediate family.

4. In the past on or about __Spring__, 20_10_, the Respondent committed the following acts of stalking under O.C.G.A § 16-5-90 et seq.

__See above__

1

THEREFORE, Petitioner requests:

(a)    That the Court set a hearing within thirty (30) days of the signing of the Order and to direct Respondent to appear before this Court and to show any reasons why the demands of the Petitioner should not be granted;

(b)    That the Respondent be served a copy of this Petition and Ex Parte Protective Order as required by law;

(c)    That this Court direct law enforcement to enforce this Order;

(d)    That this Court direct Respondent to stop abusing, harassing and intimidating Petitioner's child/ren;

(e)    That this Court restrain and enjoin Respondent from having any direct or indirect contact with the petitioner and/or Petitioner's child/ren;

(f)    That this Court order that Respondent be enjoined from approaching within ___ yards of Petitioner;

(g)    That this Court make findings of fact and conclusions of law concerning the issues in this case;

(h)    That Petitioner have such other and further relief as the Court may deem just and proper;

(i)    That this Court issue a Stalking Act Ex Parte and Twelve Month Protection Order; and

(j)    That this Court grant such other relief as it determines just and equitable.


Respectfully submitted,

_Darshu Kendrick_
Petitioner

Address
708 Stonebridge Cres.
Lithonia, GA 30058

Telephone: 404-697-8006
(Do not give current address if confidential; give alternative address)

2

In March 2017, the Capitol police issued a warrant for this arrest. He was arrested and the bond order had a "no contact" provision. I wasn't alerted he was out of jail.

In Oct of 2017, Ivory Rucker gets more aggressive than ever calling back to back (over 25 times in 1 night) leaving messages and starting calling the Capitol Offices again. The Capitol Police issued a ~~warrant~~ warrant

On Nov. 2017, I look and see he got out of jail in March (I wasn't alerted) and charges were dropped.

In March of 2018, the calls started again to my capitol offices. Again, capitol police issued a warrant. He was arrestrested at a DeKalb motel in April 2018 and transferred to the custody of Capitol police. He was arrested and given only a $1,000 bond, ordered to a mental evaluation but released (The judge assumed he wouldn't be released but he was.) The case was transferred to the D.A.'s office.

Cont'd from pg. 1, #3

<u>*REMOVE THIS PAGE FROM ORDER AND FILE SEPARATELY UNDER SEAL*</u>

**CONFIDENTIAL INFORMATION FORM - ATTENTION COURT STAFF:  THIS PAGE IS A RESTRICTED-ACCESS DOCUMENT. This document is not accessible to the public or to other parties.**

### RESPONDENT'S IDENTIFYING FACT SHEET

(please complete as much as possible; one of these must be provided to have the order placed in the National Crime Information Center registry: Respondent's date of birth OR social security number)

Respondent's social security number is ~~_____~~, date of birth is ~~_____~~, sex M, color of hair grey __, color of eyes brown __, height 6'5" __, weight 240. Respondent's race is black, ethnic background black __. Respondent has distinguishing marks (tattoos, scars, etc.)_____. Respondent drives a _____, license tag no:_____(Expires:___) and has a ___(state) driver's license no: _____(Expires:___). Respondent's home address 818 Church St. Stn. Mtn. -30083 and  is employed by_____ at _____ and works from ____ to ____ on (days)_____. Respondent has the following known aliases: _____.

### PROTECTED PARTIES' IDENTIFYING INFORMATION

Petitioner: Darshin Kendrick  DOB ~~_____~~ sex F  race black

Other: _____ DOB _____ sex _____ race _____

Other: _____ DOB _____ sex _____ race _____

Other: _____ DOB _____ sex _____ race _____

Other: _____ DOB _____ sex _____ race _____

Rev'd 1/17

Civil Action No. _18 04116 -9_

Date Filed _4-13-18_

Superior Court ☒
State Court ☐

Georgia, DeKalb County

_Deandria Kendrick_

_____ Plaintiff

VS.

_Ivory Rucker_

_____ Defendant

Attorney's Address

_Deandria Kendrick_
_106 Stonebridge Cres._
_Lithonia, GA 30058_

Name and Address of Party to be Served

_Ivory Rucker_
_3810 Hill Ct._
_Snellville GA 30083_

_____ Garnishee

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

☒ I have this day served the defendant _Ivory Rucker_ _____ personally with a copy
of the within action and summons.

☐ I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

☐ Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage
affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _27_ day of _April_, 20 _18_.

_Inv. A. Seay_
DEPUTY

SHERIFF DOCKET _____ PAGE _____

Fulton County Superior Court
***EFILED***JC
Date: 9/21/2018 12:33 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

STATE OF GEORGIA,                              :
                                               :
vs.                                            : Indictment #:  **18-SC-159232**
                                               : Judge: Hon. Thomas A. Cox, Jr.
IVORY RUCKER,                                  :
                    Defendant.                 :

### STATE'S DEMAND FOR DISCOVERY UNDER O.C.G.A. § 17-16-1. et seq.

Comes now the State of Georgia, by and through Paul L. Howard, Jr. District Attorney, and demands pursuant to O. C. G. A. § 17-16-1, et seq., that the Defendant produce for the State of Georgia the following:

1.    Discovery of any and all documentary and tangible evidence within the possession, custody, or control of the Defendant, pursuant to O.C.G.A. § 17-16-4 (b) (1).

2.    Discovery of any and all results or reports of any and all physical or mental examinations, and any and all scientific tests and experiments within the possession or control of the Defendant, pursuant to O.C.G.A. § 17-16-4(b) (2).

3.    Any and all statements of any and all witnesses for the Defendant, pursuant to O.C.G.A. § 17-16-7.

4.    The names, current locations, dates of birth, and telephone numbers of any and all witnesses for the Defendant pursuant to O.C.G.A.  § 17-16-8.

5.    Notice of Alibi pursuant to O.C.G.A. § 17-6-5.

        **I HEREBY CERTIFY** that I have, on this date, served the within and foregoing **State's Demand for Discovery** upon Defendant's counsel of record, to wit: **E. Jay Abt., Esq.,** by electronic service via eFile GA.

    This  21 day of  September 2018.

                                        Respectfully submitted:


                                         /s/  Andrew B. Margolis
                                        Andrew B. Margolis
                                        Assistant District Attorney
                                        Atlanta Judicial Circuit

                                        State Bar #: 470640
                                        andrew.margolis@fultoncountyga.gov

***EFILED***SL
Date: 8/20/2018 11:31 AM
Cathelene Robinson. Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | ) | CASE NO. |
| | ) | 18SC159232 |
| | ) | |
| vs. | ) | |
| | ) | |
| IVORY OLIVER RUCKER III, | ) | |
| Defendant. | ) | |
| | ) | |

### A.      APPEARANCE OF COUNSEL,
### WAIVER OF ARRAIGNMENT, AND DEMAND FOR TRIAL BY JURY

COMES NOW the Defendant in the above-captioned case, pursuant to Uniform Superior Court Rule 4.2, by and through the undersigned lead trial attorney and files this appearance of counsel thereby notifying the Court and the opposing party of legal representation.  Counsel hereby respectfully requests that copies of all court notices, calendars, and Orders of this Court in the above-captioned case be sent to him.

Defendant hereby waives any formal arraignment and enters a plea of NOT GUILTY.

Defendant hereby demands that this case be heard by a jury pursuant to The 6th Amendment to the United States Constitution, the Constitution of the State of Georgia, Article 1, § 1, ¶ XI, and O.C.G.A. §§ 15-12-125 and 15-12-160.

### B.      NOTICE OF DEFENDANT'S ELECTION TO PROCEED
### UNDER O.C.G.A. §17-16-1 ET SEQ. AND DEMAND FOR PRODUCTION

COMES NOW the Defendant named in the above styled case and hereby provides written notice, pursuant to O.C.G.A. § 17-16-2(a) of his election to have the provisions of O.C.G.A. § 17-16-1 et seq., apply to Defendant's case.

As a result of the foregoing, the Defendant hereby formally requests in writing that the State disclose to the Defense or produce to the Defense for inspection, copying, photographing, examination, testing or analysis all material required pursuant to O.C.G.A. § 17-16-1, including the following:

1.      Any and all books, papers, documents, photographs, tangible objects, audio and visual tapes or films, recordings, buildings and other places controlled by the State and any other items as described or contemplated in O.C.G.A. § 17-16-4(a)(3), including any information stored by the State on computer.

2.      A true and correct copy of Defendant's Georgia Crime Information Center criminal history pursuant to OCGA §17-16-4(a)(2).

3.      In the event that said evidence is not provided timely to the Defendant, and at the latest ten (10) days prior to trial or prior to any post indictment pretrial evidentiary hearing, Defendant moves that the State be prohibited from introducing the evidence not disclosed or presenting the witness not disclosed pursuant to O.C.G.A. § 17-16-6.

Fulton County Superior Court
***EFILED***JC
Date: 8/29/2018 9:34 AM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | § | Indictment / Accusation No.: |
| v. | § | |
| Ivory Oliver Rucker, III | § | 18sc159232 |

### SCHEDULING ORDER

The above-styled case having come before this Court on this date for arraignment and plea of not guilty having been entered in same, **IT IS HEREBY ORDERED** as follows:

**A. *DISCOVERY*:**
   1. All demands, requests and motions pertaining to discovery, including whether Defendant elects to participate in the reciprocal discovery set forth at O.C.G.A. 17-16-1 et seq. shall be filed and served within 10 days of the date of this order.
   2. The State and the Defendant shall serve all discovery materials upon one another on or before the Case Management Calendar.
   3. Disputes related to discovery should be brought to the Court's attention promptly and in writing.

**B. *CASE MANAGEMENT CALENDAR*:**
   1. This matter is set for a **CASE MANAGEMENT CALENDAR** on *October 03, 2018.*
   2. All Motions shall be filed by either party within 10 days of the Case Management Calendar.
   3. All responsive pleadings shall be filed within 10 days of the receipt of the Motions.
   4. As necessary, a motion hearing will be set at the Case Management Calendar.
   5. All parties shall be prepared to present evidence and arguments as to all pending motions in approximately 30 days from the Case Management Calendar.

**C. *FINAL PLEA / TRIAL CALENDAR*:**
   1. After motions have been heard, a Final Plea / Trial Calendar Call will be scheduled. This will be the last opportunity to present a negotiated plea or a plea to reduce charges.

**D. *EXTENSION OF TIME*:**
   Any request for additional time to prepare for trial must be made in writing and filed prior to the time this case is placed on a trial calendar.

*THE STATE, DEFENDANT AND HIS/HER COUNSEL OF RECORD (IF ANY), ARE BEING SERVED WITH A COPY OF THIS SCHEDULING ORDER ON TODAY'S DATE. NO FURTHER NOTICE SHALL BE GIVEN AND ALL PARTIES ARE EXPECTED TO BE PRESENT ON THE DATES AND TIMES SET FORTH ABOVE UNLESS PRIOR LEAVE OF THE COURT IS OBTAINED.*

**IT IS SO ORDERED** this 28th day of August, 2018.

*Thomas G. Cox*

**Judge THOMAS A. COX, Jr.**
**Fulton County Superior Court**
**Atlanta Judicial Circuit**