```
Court Name: Northern District of Georgia
Division: 1
Receipt Number: GAN100123187
Cashier ID: bgutting
Transaction Date: 08/05/2020
Payer Name: IVORY OLIVER RUCKER III

WRIT OF HABEAS CORPUS
 For: IVORY OLIVER RUCKER III
 Case/Party: D-GAN-1-20-CV-003246-001
 Amount:         $5.00

CASH
 Amt Tendered:  $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00


With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction. For
inquiries or privacy
information,call 404-215-1625
```

CAP JKL 530 28:2241st

**1:20-CV-3246**

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____    DIVISION Atlanta
MAG. JUDGE _____    IFP ____    FEE ✓
DATE FILED 8/5/20                PREVIOUS CASES No

NAME Ivory Oliver Rucker III    ID # 1808655
PRO SE ✓                         ATTORNEY _____
PLACE OF INCARCERATION GA Regional Hospital
CITY Atlanta                    STATE GA    COUNTY Fulton

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | _____ | OTHER: _____ |

_____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
_____ Pauper's affidavit insufficient or no affidavit
_____ Complaint or petition not signed or is incomplete
_____ No copies
_____ Other: _____